UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHRISTOPHER RAMPLEY,

    Plaintiffs,

    v.

CITY OF NEWPORT,

    Defendant.

Case No. 6:24-cv-00708-AP

**ORDER**

**KASUBHAI,** United States District Judge:

This matter is before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Potter issued a Findings and Recommendation on May 8, 2026, in which she recommends that this Court grant in part and deny in part Defendant's motion for partial summary judgment and grant Plaintiff's motion for summary judgment. F&R, ECF No. 50. When a party objects to a magistrate judge's Findings and Recommendations, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). In the absence of objections, the district court has no obligation to review the magistrate judge's report. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). However, the district court is not precluded from *sua sponte* review in such circumstances, *Thomas v. Arn*, 474 U.S. 140, 149 (1985), and the Advisory Committee notes to Federal Rule of Civil Procedure

Page 1 — ORDER

72(b) recommend that the court should review for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Here, no party timely objected to the Magistrate Judge's Findings and Recommendation. The Court has reviewed the record and finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Potter's Findings and Recommendation, ECF No. 50. Defendant's Motion for Partial Summary Judgment (ECF No. 27) is therefore GRANTED IN PART AND DENIED IN PART. Plaintiff's Motion for Partial Summary Judgment (ECF No. 29) is GRANTED.

IT IS SO ORDERED.

DATED this 8th day of July 2026.

_____
MUSTAFA T. KASUBHAI (he/him)
United States District Judge

Page 2 — ORDER